## (February 7, 1983)

■ In the Matter of STEVE VASSEL, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of Correctional Services, et al., Respondents. — Application for permission to appeal, treated as an application pursuant to CPLR 5704 (subd [a]), denied (see *Matter of King v Gregorie,* 90 AD2d 922). Mahoney, P.J., Sweeney, Yesawich, Jr., Weiss and Levine, JJ., concur.